# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Action No. 09-00179-KD-M |
| ) | |
| ERIC BARROW, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on the Defendant's "Motion to Declare 18 U.S.C. § 2251(a) Unconstitutional as Applied to Eric Barrow in this Case" (Doc. 80) and the Government's Response (Doc. 84).

Defendant Barrow -- who in May 2010 plead guilty to a four (4) count indictment charging possession, distribution and production of child pornography -- now requests that the Court declare unconstitutional 18 U.S.C. § 2251(a) and the related penalty provision 18 U.S.C. § 2251(e). In so doing, Defendant Barrow claims that the mandatory minimum sentence of fifteen (15) years is unconstitutional because "such a sentence is cruel and unusual and in violated [sic] of the Eighth Amendment[.]" (Doc. 80 at 2-3). Upon consideration, for those reasons stated in the Government's Response (Doc. 84), Defendant Barrow's motion is due to be denied.

Accordingly, it is **ORDERED** that the Defendant's "Motion to Declare 18 U.S.C. § 2251(a) Unconstitutional as Applied to Eric Barrow in this Case" (Doc. 80) is **DENIED.**

**DONE** and **ORDERED** this the **25th** day of **January 2011.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**